John J. Drews, Respondent, v. A. Lyth & Sons Company, Appellant, Impleaded with Other Defendants.— Judgment so far as appealed from and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Myrtle Hotchkins Ripson and Falls Garage Corporation, Respondents, v. Great American Insurance Company, New York, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Timothy J. Desmond and Agnes Desmond, Copartners, Doing Business under the Firm Name and Style of Desmond Fish Company, Respondents, v. Charles Lyons Company, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Crouch Taylor and Sawyer, JJ.

Edward A. Jandorf and Another, Appellants, v. Wiman H. Smith and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears and Crouch, JJ.

Magdalena Stark, Respondent, v. Sophia Weisner, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Ruth Buettner, an Infant, by Joseph Buettner, Her Guardian ad Litem, Plaintiff, v. The State of New York, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Joseph Buettner, Plaintiff, v. The State of New York, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Rose A. Schum, Plaintiff, v. New York State Railways, Defendant. Joseph A. Schum, Plaintiff, v. New York State Railways, Defendant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Edward J. Shirm, Appellant, v. Al G. Irr, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. John Schlager, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Helena M. Howard, Appellant, v. Richard D. Livingston and Another, Respondents.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Mary Cleary, Respondent, v. James J. Cleary, Appellant.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Domenico Giorgione, Appellant, v. Domenico DiMarsico, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Oscar Flora, Respondent, v. International Railway Company and Another, Appellants.— Motion granted and appeal dismissed, with costs. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Mary E. Flora, Respondent, v. International Railway Company and